**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| **v.** | ) | **2:15cr22-MHT** |
| | ) | **(WO)** |
| **BRODRICK BROWN** | ) | |

**SUPERIVSED-RELEASE ERROR OPINION**

As the United States Supervising Probation Officer stated during an on-the-record conference call on January 23, 2020, he incorrectly informed the court at the January 22 sentencing that, with a sentence of nine months' incarceration, the maximum term of supervised release defendant Brodrick Brown could receive was 15 months. The probation officer should have said 27 months. The court decided, despite this error, not to change the 15 months of supervised release Brown received. Instead, the court made clear that, should Brown violate the conditions of supervised release again, the court can always extend the period of

supervised release if that is warranted.

DONE, this the 27th day of January, 2020.

                                                /s/ Myron H. Thompson
                                          UNITED STATES DISTRICT JUDGE